1 | ERIC GREEN, #080115
  | Attorney at Law
2 | The Rowell Building
  | 2100 Tulare Street, Suite 512
3 | Fresno, California 93721
  | Telephone: (559) 237-0800
4 | Facsimile: (559) 237-1990

5 | Attorney for Defendant
  | **WILLIS RAY MUCELROY**

FILED

MAR 3 1 2006

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CASE No. 06-CR-201 AWI |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | SUBSTITUTION OF ATTORNEY |
| WILLIS RAY MUCELROY, | ) | |
| Defendant(s) | ) | |

Defendant, WILLIS RAY MUCELROY, hereby substitutes ERIC GREEN, Attorney at Law, in place and stead of his present attorney, M. LIZARRAGA, Attorney at Law. Consent of this substitution of attorneys is indicated by their signatures below.

////

DATED: 3/20/06

_____
WILLIS RAY MUCELROY,
Defendant

I hereby consent to the foregoing substitution.

////

DATED: 03-23-06  3/28/06

_____
M. LIZARRAGA
Attorney at Law

The above substitution is accepted.

////

DATED: 3/20/06

_____
ERIC GREEN,
Attorney at Law

It is so Ordered. Dated: 3-30-06

_____
United States District Judge