McGREGOR W. SCOTT
United States Attorney
KIMBERLY A. KELLY
Assistant U.S. Attorney
4401 Federal Building
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 497-4000

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CR. NO. 05-0201 AWI |
|---|---|---|
| Plaintiff, | ) | STIPULATION TO CONTINUE |
| | ) | EVIDENTIARY MOTIONS HEARING |
| v. | ) | |
| WILLIS MUCELROY, | ) | |
| Defendants. | ) | |

    It is stipulated and agreed between the parties that defendants' evidentiary motions hearing in the above matter currently set for Monday, June 19, 2006, be continued until Monday, July 17, 2006 at 9:00 a.m.  The parties further stipulate and agree that the Government's response will be due July 3, 2006, and the defendants' reply will be due July 10, 2006.

    The parties stipulate that time will be excluded in this matter to and through Monday July 17, 2006.

//

//

//

1

1  I hereby agree to the above stipulation.

2  Dated: 6-08-06

3                                          /s/Kimberly A. Kelly
                                            Kimberly A. Kelly
4                                           Assistant U.S. Attorney

5  I hereby consent to the above stipulation.

6  Dated: 6-08-06

7
                                            /Eric Green
8                                           Eric Green
                                            Attorney for Defendant
9                                  **ORDER**

10     It is ordered that the evidentiary hearing in this matter

11 scheduled for June 27, 2006 is continued to July 17, 2006 at 1:30

12 p.m., and that time is excluded through July 17, 2006.  It is

13 further ordered that the Government's response is due by July 3,

14 2006 and the defendants' reply is due by July 10, 2006.

15

16 IT IS SO ORDERED.

17 **Dated:    June 9, 2006**                **/s/ Anthony W. Ishii**
   0m8i78                                   UNITED STATES DISTRICT JUDGE

2